

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 4 2006

FILED
CLERK'S OFFICE

FILED
MAY 10 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DOCKET NO. 1596

06-1626-SI

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in these 24 actions on May 1, 2006. The Panel has now been advised that these 24 actions were dismissed in April 2006 pursuant to notices of voluntary dismissal filed in the Northern District of California.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-49" filed on May 1, 2006, is VACATED insofar as it relates to these actions.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

## SCHEDULE A

MDL-1596 -- In re Zyprexa Products Liability Litigation

### Northern District of California

Clarence King, et al. v. Eli Lilly & Co., C.A. No. 3:05-5009 JSW
Shannon Harbison, et al. v. Eli Lilly & Co., C.A. No. 3:05-5011 MJJ
Thomas Partlow v. Eli Lilly & Co., C.A. No. 3:05-5149 PJH
Michael Horton v. Eli Lilly & Co., C.A. No. 3:05-5152 CRB
Rose Cook, et al. v. Eli Lilly & Co., C.A. No. 3:06-35 JL
Tammie Pinkney v. Eli Lilly & Co., C.A. No. 3:06-40 MJJ
Timothy Savage v. Eli Lilly & Co., C.A. No. 3:06-1046 JL
Benjamin Wolf v. Eli Lilly & Co., C.A. No. 3:06-1049 MMC
Dante Barfield v. Eli Lilly & Co., C.A. No. 3:06-1081 SC
Sandra Nyberg, et al. v. Eli Lilly & Co., C.A. No. 3:06-1178 SC
Gould McClarny v. Eli Lilly & Co., C.A. No. 3:06-1200 SC
Manford Hanson v. Eli Lilly & Co., C.A. No. 3:06-1308 MJJ
Leilani Jones v. Eli Lilly & Co., C.A. No. 3:06-1313 JL
Richard Keith, et al. v. Eli Lilly & Co., C.A. No. 3:06-1376 JSW
Gerald Garfield, et al. v. Eli Lilly & Co., C.A. No. 3:06-1532 WHA
Alberta Johnson v. Eli Lilly & Co., C.A. No. 3:06-1534 JSW
Ann Button v. Eli Lilly & Co., C.A. No. 3:06-1626 SI
Linda L. Nevel v. Eli Lilly & Co., C.A. No. 3:06-1757 BZ
Helene M. Lotka v. Eli Lilly & Co., C.A. No. 3:06-2038 SI
Cynthia Akins, et al. v. Eli Lilly & Co., C.A. No. 4:05-5097 CW
Shannon La' Rocque v. Eli Lilly & Co., C.A. No. 4:05-5098 SBA
John Luthy v. Eli Lilly & Co., C.A. No. 4:06-1234 CW
Maria Mercado v. Eli Lilly & Co., C.A. No. 4:06-1309 SBA
Nellie G. Sarver v. Eli Lilly & Co., C.A. No. 4:06-1765 SBA